# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CV 14-02733 RZ |
| Plaintiff, ) | |
| vs. ) | ORDER OF DISMISSAL RE SETTLEMENT |
| SANTA BARBARA PUBLISHING LLC, ET AL., ) | |
| Defendants. ) | |

The Court having been notified of settlement of this matter,

The Court ORDERS that this action be, and hereby is, dismissed.

The Court shall retain jurisdiction for a period of 60 days to reopen the matter, upon application by any party, if the settlement is not consummated.

The trial date of March 17, 2015, and all other court dates are vacated.

DATED: January 12, 2015

RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE